NO. 07-06-0333-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 5, 2006

______________________________

EMILIO H. CHAVEZ, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 137
th
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-411367; HON. JIM B. DARNELL, PRESIDING

_______________________________

ORDER OF DISMISSAL

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant, Emilio H. Chavez, Jr., appeals his conviction for theft.  The certification of right to appeal executed by the trial court states that “this criminal case is a plea-bargain case and the Defendant has NO right of appeal.”  This circumstance was brought to the attention of appellant, and opportunity was granted him to obtain an amended certification entitling him to appeal.  No such certification was received within the time we allotted.  Having received no certification authorizing an appeal, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

The appeal is dismissed.

Per Curiam

Do not publish.